UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | |
|---|---|
| CBF INDÚSTRIA DE GUSA S/A, DA TERRA SIDERÚRGICA LTDA, FERDUMAR – FERRO GUSA DO MARANHÃO LTDA, FERGUMINAS SIDERÚRGICA LTDA, GUSA NORDESTE S/A, SIDEPAR – SIDERÚRGICA DO PARÁ S/A, and SIDERÚRGICA UNIÃO S/A, <br><br> *Plaintiffs*, <br><br> - vs - <br><br> AMCI HOLDINGS, INC., AMERICAN METALS & COAL INTERNATIONAL, INC., K-M INVESTMENT CORPORATION, PRIME CARBON GMBH, PRIMETRADE, INC., HANS MENDE, AND FRITZ KUNDRUN, <br><br> *Defendants*. | Civil Action No. 13-2581-PKC |

------------------------------------------------------------------X

**PLAINTIFFS' NOTICE OF MOTION TO
AMEND THE SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of Adam K. Grant, dated May 31, 2019, and the exhibits attached thereto, Plaintiffs CBF Indústria De Gusa S/A, Da Terra Siderúrgica LTDA, Ferdumar – Ferro Gusa Do Maranhão LTDA, Ferguminas Siderúrgica LTDA, Gusa Nordeste S/A, Sidepar – Siderúrgica Do Pará S/A, and Siderúrgica União S/A ("Plaintiffs") will move this Court, before the Honorable P. Kevin Castel, at the United States Courthouse located at 500 Pearl Street, Courtroom 11D, New York, on a date and time to be designated by the Court, for an order granting Plaintiffs' Motion to Amend the Second Amended Complaint to include the entity AMCI International, AG as a defendant.

102925103.1

In accordance with this Court's Order dated May 6, 2019 (Dkt. No. 217), opposing affidavits and memoranda shall be submitted by June 14, 2019 and any reply affidavits and memoranda of law shall be submitted by June 21, 2019.

Dated: May 31, 2019

Respectfully submitted,

Adam K. Grant
Elizabeth J. Sher
Jonathan S. Zelig

**Day Pitney LLP**
Seven Times Square
New York, NY 10036
T: (212) 297-5803
F: (212) 499-4154
agrant@daypitney.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 31st day of May 2019, copies of the foregoing document in its entirety, along with the accompanying Declaration of Adam K. Grant (with exhibits) and Memorandum of Law, were served upon counsel for Defendants by ECF and e-mail as follows: Kevin P. Lucas, kevin.lucas@bipc.com; Stuart Slotnick, stuart.slotnick@bipc.com; Alexandra P. West, alexandra.west@bipc.com.

                                                                    _____
                                                                    ADAM K. GRANT