USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CBF INDUSTRIA DE GUSA S/A, *et al.*,

                Plaintiffs,

    -v-

AMCI HOLDINGS, INC., *et al.*,

                Defendants.
------------------------------------------------------------X

**ORDER**

13-CV-2581 (PKC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a status conference today to address various discovery issues. As discussed at the conference, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' request for a two-week extension of the fact discovery deadline is granted, on consent. The fact discovery deadline is now **February 14, 2020**.
2. The Court will separately issue a Forensic Protocol Order, consistent with the procedures discussed at today's conference.
3. On **January 17, 2020 at 10:00 a.m.,** the parties shall appear before the Court for the next status conference in courtroom 21-D, 500 Pearl Street, New York, New York.
4. Any disputes to be addressed by the Court at the next conference should be submitted by letter-motion no later than **January 10 at 5:00 p.m.** and any responses to the letter-motion should be filed by **noon on January 14**.
5. Alternatively, if the parties do not believe the January conference is necessary, they should file a letter so informing the Court by **January 10.**

The Clerk of Court is respectfully directed to close Docket No. 368 and mark it as granted in part and denied in part, consistent with the Forensic Protocol Order.

    **SO ORDERED.**

Dated: December 12, 2019
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge