UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CBF INDÚSTRIA DE GUSA S/A, DA TERRA SIDERÚRGICA LTDA, FERGUMAR - FERRO GUSA DO MARANHÃO LTDA, FERGUMINAS SIDERÚRGICA LTDA, GUSA NORDESTE S/A, SIDEPAR - SIDERÚRGICA DO PARÁ S/A, and SIDERÚRGICA UNIÃO S/A,

Plaintiffs,

-against-

AMCI HOLDINGS, INC., AMERICAN METALS & COAL INTERNATIONAL, INC., K-M INVESTMENT CORPORATION, PRIME CARBON GMBH, PRIMETRADE, INC., HANS MENDE, and FRITZ KUNDRUN,

Defendants.

Case No: 13 Civ. 2581 (PKC) (JLC)

**ORDER APPOINTING COMMISSION TO REQUEST DEPOSITION PURSUANT TO ARTICLE 17 OF THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

TO:  Kevin Lucas  
Buchanan Ingersoll & Rooney PC  
301 Grant Street, 20th Floor  
Pittsburgh, PA 15219-1410

Stanley Parker  
Buchanan Ingersoll & Rooney PC  
301 Grant Street, 20th Floor  
Pittsburgh, PA 15219-1410

Rishi Bhandari  
Mandel Bhandari LLP  
80 Pine Street, 33rd Floor  
New York, NY 10005

Robert Glunt  
Mandel Bhandari LLP  
80 Pine Street, 33rd Floor  
New York, NY 10005

Claudio Bazzani  
Homburger AG  
Prime Tower  
Hardstrasse 201  
CH-8005 Zurich, Switzerland

Magdalena Heyder  
Homburger AG  
Prime Tower  
Hardstrasse 201  
CH-8005 Zurich, Switzerland

Adam K. Grant  
DAY PITNEY LLP  
605 Third Avenue, 31st Floor  
New York, NY 10158

Elizabeth J. Sher  
DAY PITNEY LLP  
605 Third Avenue, 31st Floor  
New York, NY 10158

Jonathan S. Zelig  
DAY PITNEY LLP  
605 Third Avenue, 31st Floor  
New York, NY 10158

Chris Klimmek  
605 Third Avenue, 31st Floor  
New York, NY 10158

Greg Bruno  
605 Third Avenue, 31st Floor  
New York, NY 10158

Matt Danzer  
605 Third Avenue, 31st Floor  
New York, NY 10158

You have been duly appointed as commissioners and are hereby authorized, pursuant to Article 17 of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, to request that [redacted] voluntarily appear for a deposition in the Cantons of Zurich and/or Zug, Switzerland related to above-captioned matter. You are further authorized to administer the deposition of [redacted] in accordance with the United States Federal Rules of Civil Procedure or, in the alternative, in such manner as provided by local law for the taking of evidence.

Date: January 6, 2020

The Honorable James L. Cott,  
United States District Court for the Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, New York, USA