USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CBF INDUSTRIA DE GUSA S/A, *et al.*,

          Plaintiffs,

  -v-

AMCI HOLDINGS, INC., *et al.*,

          Defendants.
-----------------------------------------------------------------X

**ORDER**

13-CV-2581 (PKC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    The Court held a status conference today to address various discovery issues. As discussed at the conference, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' request for cost-shifting is denied without prejudice.
2. Defendants are directed to produce the remaining OneDrive data to Capsicum by **January 24, 2020** (the other recently discovered data sources having been produced).
3. Discovery on the issue of Defendants' ESI is extended to **March 13, 2020.**
4. Plaintiffs are permitted to conduct a three-hour deposition of Ricoh. The deposition is limited in scope to issues that have arisen or new data that has come to light since the previous deposition of Ricoh. The deposition must take place by **March 13, 2020.**
5. Plaintiffs' request for Ricoh to issue a new report is moot, as Plaintiffs withdrew the request.
6. The schedule for Plaintiffs' anticipated spoliation and/or cost-shifting motion is as follows:
    a. Plaintiffs' motion is due **April 24, 2020.** Plaintiffs are directed to provide Defendants with Capsicum's expert report, if any, by **April 10, 2020.**
    b. Defendants' response is due **May 29, 2020.**
    c. Plaintiffs' reply is due **June 12, 2020.**
7. If the parties wish to hold a discovery conference with the undersigned the week of February 18, 2020, they are directed to file a letter informing the court by **Tuesday, February 11, 2020** at **5:00 p.m.**

Finally, Plaintiffs are directed to docket their January 10, 2020 letter previously emailed to the Court with redactions, as appropriate, to protect confidential information.

    **SO ORDERED.**

Dated: January 17, 2020
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge