


Case 1:13-cv-02581-PKC-JLC   Document 431   Filed 04/30/20   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CBF INDUSTRIA DE GUSA S/A, *et al.*,             :
                                                 :
           Plaintiffs,              :       **ORDER**
                                                 :
  -v-                                          :       13-CV-2581 (PKC) (JLC)
                                                 :
AMCI HOLDINGS, INC., *et al.*,                   :
                                                 :
           Defendants.              :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      The Court will hold a conference by telephone on **May 7, 2020 at 2:30 p.m**. to address Defendants' April 17, 2020 objections to the production of documents requested by Plaintiffs pursuant to the Forensic Protocol Order (Dkt. Nos. 426, 429) and Plaintiffs' motion to compel (Dkt. Nos. 428, 430).  Counsel should contact chambers using the Court's conference line, (877) 873-8017 (Access Code: 5277586).  The Court will arrange for a court reporter to transcribe the conference.

      In preparation for and while engaging in the teleconference, please follow these guidelines:

1. Use a landline whenever possible, and speak via a handset or headset, rather than speakerphone.
2. Identify yourself each time you speak.
3. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.
4. Mute your line when not speaking to eliminate background noise and prevent interruptions.
5. Avoid voice-activated systems that don't allow a speaker to know when someone else is trying to speak and they cut off the beginning of words.
6. As a court reporter is expected to be on the line, ask the judge to confirm that the reporter is present and can hear all participants.
7. If you hear beeps or musical chimes, that means someone has either joined or left the conference.  Ask the judge to clarify that the court reporter has not lost the line.

In advance of the conference, and in light of the parties' submissions, the Court directs the parties to further meet and confer to see if they can resolve or at least

narrow some of the issues presented.  In particular, the Court directs the parties to further consider the de-duplication issue as it appears to be a subject not fully discussed by counsel (and their contractors).  In its preliminary review of the parties' submissions, the Court believes there may well be additional documents in the outstanding document collection that should be produced, but is also mindful of a potential burden that could be imposed in such a production.  Thus, the Court encourages the parties to do their best to see if they can find some common ground and strike a balance between their respective all or nothing positions.  Of course, the Court will resolve any disputes that the parties cannot settle on their own.

    **SO ORDERED.**

Dated: April 30, 2020
    New York, New York

_____
JAMES L. COTT
United States Magistrate Judge