UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CBF INDUSTRIA DE GUSA S/A, et al.,

                Plaintiffs,                13-cv-2581 (PKC)

    -against-                   ORDER

AMCI HOLDINGS, INC., et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

The Court waives the pre-motion conference and orders the following schedule:

1. Plaintiff may move for summary judgment on January 10, 2022 and file a brief not to exceed 40 pages.

2. Defendant shall respond to the motion for summary judgment and may cross move for summary judgment by February 14, 2022 and file a single brief not to exceed 50 pages.

3. Plaintiff shall respond to defendant's cross-motion and may reply on its motion for summary judgment by March 14, 2021 in a single brief not to exceed 40 pages.

4. Defendant may reply on its motion for summary judgment by March 31, 2021 in a brief not to exceed 30 pages

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 25, 2021