UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CBF INDUSTRIA DE GUSA S/A, et al.,

                            Plaintiffs,                          13-cv-2581 (PKC)

        -against-                                               ORDER

AMCI HOLDINGS, INC., et al.

                            Defendants.
-----------------------------------------------------------------x
CASTEL, U.S.D.J.

        No party sought or was granted leave to file a motion to exclude the testimony of any witness. See Joint Letter of Oct 22, 2021 and Order of October 25, 2021. Plaintiff knew of the pre-motion letter requirement in the Individual Practices at 3(A)(i) or it would not have submitted a pre-motion letter on the summary judgment motion. Why did plaintiff's counsel remain silent about seeking to exclude a witness? Why did it not comply with the Individual Practices? File a response within seven days.

        . One of the several purposes of the pre-motion letter required by the undersigned's Individual Practices is to set a schedule and modify page limits when necessary. Plaintiff has unilaterally appropriated to itself 24 pages of additional briefing than was authorized by the Court. To mitigate the prejudice to defendants, they may file a responsive brief by February 14 and plaintiffs may reply by March 14, 2022.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
January 12, 2022