UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CBF INDUSTRIA DE GUSA S/A, et al.,

                              Plaintiffs,                         13-cv-2581 (PKC)

        -against-                                           ORDER

AMCI HOLDINGS, INC., et al.,

                              Defendants.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court will hear argument on the parties' motions for summary judgment on September 16, 2022 at 2 p.m. in Courtroom 11D.

        SO ORDERED.

                                                    P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
       September 1, 2022