

BOSTON    CONNECTICUT    FLORIDA    NEW JERSEY    NEW YORK    PROVIDENCE    WASHINGTON, DC

The letter motion to seal is provisionally GRANTED.  (Doc. 538.)
SO ORDERED
Dated:  9/28/2022

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

**ADAM K. GRANT**
Attorney at Law

605 Third Avenue, 31st Floor
New York, NY 10158-1803
T: (212) 297-5803 F: (212) 499-4154
agrant@daypitney.com

January 10, 2022

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:  *CBF Industria De Gusa, S/A, et al., v. AMCI Holdings, Inc., et al.*,
           Case No. 13 -cv-2581 (PKC) (JLC)

Dear Judge Castel:

      We write pursuant to Rule 5(B) of Your Honor's Individual Practices to seek leave to file with redactions and/or under seal certain documents filed in connection with Plaintiffs' motion for summary judgment and motion to preclude. Specifically, Plaintiffs seek leave to file a redacted versions of:

- Plaintiffs' Memorandum of Law in Support of Their Motion for Summary Judgment;

- Plaintiffs' Rule 56.1 Statement of Undisputed Material Facts; and

- Plaintiffs' Memorandum of Law in Support of Their Motion In Limine to Preclude the Expert Testimony of PWC.

- The Declaration of Nathaniel T. Fleming dated January 10, 2022 filed in support of Plaintiffs' motion for summary judgment, and the exhibit thereto.

Plaintiffs further seek leave to file the Exhibits to Plaintiffs' Rule 56.1 Statement of Undisputed Material Facts identified in the attached Appendix A to this letter under seal.

      Pursuant to the Stipulated Protective Order in place in this matter (ECF No. 120), Defendants have designated a number of exhibits and certain testimony upon which Plaintiffs intend to rely in their papers as either "Confidential" or "Restricted Confidential." Plaintiffs have serious doubts that Defendants' designations of these documents and testimony as "Restricted

110748797

**DAY PITNEY** LLP

The Honorable P. Kevin Castel
January 10, 2022
Page 2

Confidential" or "Confidential" meet the exacting standard for sealing set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), and its progeny. However, in view of Defendants' designations, paragraph 10 of the Stipulated Protective Order in place in this action requires Plaintiffs to file such exhibits and testimony under seal. Plaintiffs also request leave to file their memoranda of law and Rule 56.1 Statement of Undisputed Material Facts in redacted form insofar as they disclose information designated "Confidential" or "Restricted Confidential" by Defendants.

    We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Adam K. Grant*

Adam K. Grant

110748797



The Honorable P. Kevin Castel
January 10, 2022
Page 3

# Appendix A
## Exhibits Subject to Pending Motion to Seal

| | | |
|---|---|---|
| Defendants' Exhibit 41 | Plaintiffs' Exhibit 265 | Plaintiffs' Exhibit 587 |
| Defendants' Exhibit 44 | Plaintiffs' Exhibit 266 | Plaintiffs' Exhibit 588 |
| Defendants' Exhibit 50 | Plaintiffs' Exhibit 268 | Plaintiffs' Exhibit 589 |
| Defendants' Exhibit 83 | Plaintiffs' Exhibit 271 | Plaintiffs' Exhibit 590 |
| Defendants' Exhibit 171 | Plaintiffs' Exhibit 307 | Plaintiffs' Exhibit 591 |
| Defendants' Exhibit 173 | Plaintiffs' Exhibit 308 | Plaintiffs' Exhibit 593 |
| Defendants' Exhibit 181 | Plaintiffs' Exhibit 309 | Plaintiffs' Exhibit 594 |
| Plaintiffs' Exhibit 10 | Plaintiffs' Exhibit 313 | Plaintiffs' Exhibit 597 |
| Plaintiffs' Exhibit 11 | Plaintiffs' Exhibit 314 | Plaintiffs' Exhibit 598 |
| Plaintiffs' Exhibit 12 | Plaintiffs' Exhibit 315 | Plaintiffs' Exhibit 599 |
| Plaintiffs' Exhibit 14 | Plaintiffs' Exhibit 316 | Plaintiffs' Exhibit 600 |
| Plaintiffs' Exhibit 15 | Plaintiffs' Exhibit 319 | Plaintiffs' Exhibit 601 |
| Plaintiffs' Exhibit 16 | Plaintiffs' Exhibit 321 | Plaintiffs' Exhibit 603 |
| Plaintiffs' Exhibit 17 | Plaintiffs' Exhibit 340 | Plaintiffs' Exhibit 605 |
| Plaintiffs' Exhibit 18 | Plaintiffs' Exhibit 341 | Plaintiffs' Exhibit 606 |
| Plaintiffs' Exhibit 19 | Plaintiffs' Exhibit 347 | Plaintiffs' Exhibit 607 |
| Plaintiffs' Exhibit 20 | Plaintiffs' Exhibit 348 | Plaintiffs' Exhibit 608 |
| Plaintiffs' Exhibit 20A | Plaintiffs' Exhibit 350 | Plaintiffs' Exhibit 609 |
| Plaintiffs' Exhibit 22 | Plaintiffs' Exhibit 351 | Plaintiffs' Exhibit 610 |
| Plaintiffs' Exhibit 23 | Plaintiffs' Exhibit 352 | Plaintiffs' Exhibit 612 |
| Plaintiffs' Exhibit 24 | Plaintiffs' Exhibit 356 | Plaintiffs' Exhibit 613 |
| Plaintiffs' Exhibit 25 | Plaintiffs' Exhibit 358 | Plaintiffs' Exhibit 614 |
| Plaintiffs' Exhibit 28 | Plaintiffs' Exhibit 366 | Plaintiffs' Exhibit 615 |
| Plaintiffs' Exhibit 29 | Plaintiffs' Exhibit 368 | Plaintiffs' Exhibit 616 |
| Plaintiffs' Exhibit 30 | Plaintiffs' Exhibit 374 | Plaintiffs' Exhibit 617 |
| Plaintiffs' Exhibit 43 | Plaintiffs' Exhibit 382 | Plaintiffs' Exhibit 618 |

DAY PITNEY LLP

The Honorable P. Kevin Castel
January 10, 2022
Page 4

| | | |
|---|---|---|
| Plaintiffs' Exhibit 45 | Plaintiffs' Exhibit 383 | Plaintiffs' Exhibit 619 |
| Plaintiffs' Exhibit 46 | Plaintiffs' Exhibit 386 | Plaintiffs' Exhibit 620 |
| Plaintiffs' Exhibit 48 | Plaintiffs' Exhibit 390 | Plaintiffs' Exhibit 621 |
| Plaintiffs' Exhibit 49 | Plaintiffs' Exhibit 394 | Plaintiffs' Exhibit 622 |
| Plaintiffs' Exhibit 50 | Plaintiffs' Exhibit 395 | Plaintiffs' Exhibit 624 |
| Plaintiffs' Exhibit 51 | Plaintiffs' Exhibit 396 | Plaintiffs' Exhibit 625 |
| Plaintiffs' Exhibit 52 | Plaintiffs' Exhibit 402 | Plaintiffs' Exhibit 626 |
| Plaintiffs' Exhibit 53 | Plaintiffs' Exhibit 403 | Plaintiffs' Exhibit 627 |
| Plaintiffs' Exhibit 70 | Plaintiffs' Exhibit 415 | Plaintiffs' Exhibit 628 |
| Plaintiffs' Exhibit 74 | Plaintiffs' Exhibit 416 | Plaintiffs' Exhibit 629 |
| Plaintiffs' Exhibit 75 | Plaintiffs' Exhibit 416A | Plaintiffs' Exhibit 633 |
| Plaintiffs' Exhibit 80 | Plaintiffs' Exhibit 418 | Plaintiffs' Exhibit 634 |
| Plaintiffs' Exhibit 82 | Plaintiffs' Exhibit 418A | Plaintiffs' Exhibit 635 |
| Plaintiffs' Exhibit 120 | Plaintiffs' Exhibit 432 | Plaintiffs' Exhibit 636 |
| Plaintiffs' Exhibit 124 | Plaintiffs' Exhibit 438 | Plaintiffs' Exhibit 637 |
| Plaintiffs' Exhibit 125 | Plaintiffs' Exhibit 442 | Plaintiffs' Exhibit 638 |
| Plaintiffs' Exhibit 127 | Plaintiffs' Exhibit 446 | Plaintiffs' Exhibit 639 |
| Plaintiffs' Exhibit 128 | Plaintiffs' Exhibit 470 | Plaintiffs' Exhibit 640 |
| Plaintiffs' Exhibit 129 | Plaintiffs' Exhibit 472 | Plaintiffs' Exhibit 641 |
| Plaintiffs' Exhibit 130 | Plaintiffs' Exhibit 473 | Plaintiffs' Exhibit 642 |
| Plaintiffs' Exhibit 132 | Plaintiffs' Exhibit 479 | Plaintiffs' Exhibit 643 |
| Plaintiffs' Exhibit 136 | Plaintiffs' Exhibit 481 | Plaintiffs' Exhibit 645 |
| Plaintiffs' Exhibit 137 | Plaintiffs' Exhibit 486 | Plaintiffs' Exhibit 646 |
| Plaintiffs' Exhibit 143 | Plaintiffs' Exhibit 488 | Plaintiffs' Exhibit 647 |
| Plaintiffs' Exhibit 146 | Plaintiffs' Exhibit 490 | Plaintiffs' Exhibit 648 |
| Plaintiffs' Exhibit 147 | Plaintiffs' Exhibit 491 | Plaintiffs' Exhibit 649 |
| Plaintiffs' Exhibit 148 | Plaintiffs' Exhibit 493 | Plaintiffs' Exhibit 650 |
| Plaintiffs' Exhibit 149 | Plaintiffs' Exhibit 494 | Plaintiffs' Exhibit 651 |

110748797

**DAY PITNEY** LLP

The Honorable P. Kevin Castel
January 10, 2022
Page 5

| | | |
|---|---|---|
| Plaintiffs' Exhibit 150 | Plaintiffs' Exhibit 496 | Plaintiffs' Exhibit 652 |
| Plaintiffs' Exhibit 151 | Plaintiffs' Exhibit 497 | Plaintiffs' Exhibit 654 |
| Plaintiffs' Exhibit 152 | Plaintiffs' Exhibit 498 | Plaintiffs' Exhibit 655 |
| Plaintiffs' Exhibit 154 | Plaintiffs' Exhibit 509 | Plaintiffs' Exhibit 656 |
| Plaintiffs' Exhibit 159 | Plaintiffs' Exhibit 510 | Plaintiffs' Exhibit 657 |
| Plaintiffs' Exhibit 163 | Plaintiffs' Exhibit 512 | Plaintiffs' Exhibit 658 |
| Plaintiffs' Exhibit 165 | Plaintiffs' Exhibit 525 | Plaintiffs' Exhibit 659 |
| Plaintiffs' Exhibit 167 | Plaintiffs' Exhibit 528 | Plaintiffs' Exhibit 660 |
| Plaintiffs' Exhibit 169 | Plaintiffs' Exhibit 529 | Plaintiffs' Exhibit 661 |
| Plaintiffs' Exhibit 170 | Plaintiffs' Exhibit 531 | Plaintiffs' Exhibit 662 |
| Plaintiffs' Exhibit 171 | Plaintiffs' Exhibit 532 | Plaintiffs' Exhibit 663 |
| Plaintiffs' Exhibit 172 | Plaintiffs' Exhibit 533 | Plaintiffs' Exhibit 664 |
| Plaintiffs' Exhibit 175 | Plaintiffs' Exhibit 539 | Plaintiffs' Exhibit 665 |
| Plaintiffs' Exhibit 177 | Plaintiffs' Exhibit 542 | Plaintiffs' Exhibit 666 |
| Plaintiffs' Exhibit 195 | Plaintiffs' Exhibit 543 | Plaintiffs' Exhibit 668 |
| Plaintiffs' Exhibit 196 | Plaintiffs' Exhibit 555 | Plaintiffs' Exhibit 679 |
| Plaintiffs' Exhibit 197 | Plaintiffs' Exhibit 556 | Plaintiffs' Exhibit 680 |
| Plaintiffs' Exhibit 216 | Plaintiffs' Exhibit 557 | Plaintiffs' Exhibit 681 |
| Plaintiffs' Exhibit 258 | Plaintiffs' Exhibit 559 | Plaintiffs' Exhibit 682 |
| Plaintiffs' Exhibit 259 | Plaintiffs' Exhibit 561 | Plaintiffs' Exhibit 683 |
| Plaintiffs' Exhibit 260 | Plaintiffs' Exhibit 566 | Plaintiffs' Exhibit 685 |
| Plaintiffs' Exhibit 261 | Plaintiffs' Exhibit 567 | Plaintiffs' Exhibit 686 |
| Plaintiffs' Exhibit 262 | Plaintiffs' Exhibit 580 | Plaintiffs' Exhibit 687 |
| Plaintiffs' Exhibit 264 | Plaintiffs' Exhibit 586 | Plaintiffs' Exhibit 688 |