UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CBF INDUSTRIA DE GUSA S/A, <u>et al</u>.,

                        Plaintiffs,                    13-cv-2581 (PKC)

        -against-                           <u>ORDER</u>


AMCI HOLDINGS, INC., <u>et al</u>.,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

           The Court will hear oral argument on the parties' motions for summary judgment on November 9, 2022 at 3:30 p.m. in Courtroom 11D.

           The parties are invited to set forth their views on whether Judge Sweet's conclusions about the application of Article V of the New York Convention to plaintiffs' enforcement claim should be adhered to as the law of the case (Docket # 116).  <u>See generally</u> <u>Novick v. AXA Network, LLC</u>, 714 Fed. App'x 22, 24-25 (2d Cir. 2017).  The parties are also invited to set forth their views on whether the Court ought to exercise supplemental jurisdiction over plaintiffs' fraudulent transfer claim in the event that the Court rules in the defendants' favor on Count One.  <u>See</u> 28 U.S.C. § 1367.

           The parties may submit supplemental letter-briefs no later than October 21, 2022 and letter-briefs in response no later than October 28, 2022.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       October 4, 2022