UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CBF INDUSTRIA DE GUSA S/A, et al.,

                Plaintiffs,                13-cv-2581 (PKC)

    -against-                         ORDER

AMCI HOLDINGS, INC., et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        In addition to the submissions ordered at the November 9, 2022 hearing, the Court orders as follows: Within 14 days, the parties shall confer and submit to the Court a complete hard-copy English language version of the Rules of the ICC then in effect governing the arbitration between plaintiffs and SBT.

        SO ORDERED.

                                             P. Kevin Castel
                                   United States District Judge

Dated: New York, New York
       November 10, 2022