UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CBF INDUSTRIA DE GUSA S/A, et al.,

        Plaintiffs,        13-cv-2581 (PKC)

  -against-        ORDER

AMCI HOLDINGS, INC., et al.,

        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

There will be a Final Pretrial Conference at 3 p.m. on July 19, 2023 in Courtroom 11D.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
July 5, 2023