UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CBF INDUSTRIA DE GUSA S/A, DA TERRA SIDERÚRGICA LTDA, FERGUMAR - FERRO GUSA DO MARANHÃO LTDA, FERGUMINAS SIDERÚRGICA LTDA, GUSA NORDESTE S/A, SIDEPAR - SIDERÚRGICA DO PARÁ S/A and SIDERÚRGICA UNIÃO S/A,

      Plaintiffs,      13-cv-2581 (PKC)

  -against-         ORDER

AMCI HOLDINGS, INC., PRIME CARBON GMBH, and HANS MENDE,

      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

  For the reasons stated in the parties' proposed Joint Pre-Trial Order (ECF 691) and at the Final Pretrial Conference on July 26, 2023, plaintiffs' claims against defendants Primetrade, Inc. and American Metals & Coal International, Inc. are dismissed with prejudice.

  At the Final Pretrial Conference, the Court ruled on motions in limine. See transcript. The Clerk is respectfully directed to terminate the motions (ECF 653, 657, 659, 661, 663, 665, 667, 669, and 671).

  The caption of this action is amended as indicated above.

  SO ORDERED.

                _____
                  P. Kevin Castel
                 United States District Judge

Dated: New York, New York
   July 27, 2023